**Order entered January 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01227-CV

### COMMERCIAL RECOVERY SYSTEMS, INC., Appellant

### V.

### CALIBER HOME LOANS, INC. F/K/A VERICREST FINANCIAL, INC. AND CERNO SOLUTIONS, INC., Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-07683**

## ORDER

Appellee has filed a notice of bankruptcy indicating that appellant filed bankruptcy on or about November 19, 2013 in the U.S. Bankruptcy Court for the Eastern District of Texas. Pursuant to TEX. R. APP. P. 8.2, a bankruptcy suspends the appeal from the date when the bankruptcy petition was filed until the appellate court reinstates or severs the appeal in accordance with federal law.

Accordingly, for administrative purposes, this cause is **ABATED** and will be treated as a closed case. It may be reinstated on proper motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. *See* Tex. R. App. P. 8.2, 8.3(a).

/s/  JIM MOSELEY
PRESIDING JUSTICE